UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **RENEE WHITE-GOOLSBY** | : | **DOCKET NO. 1:22-CV-03740** |
| **VERSUS** | : | **JUDGE DONALD E WALTER** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 40], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the defendants' motion to dismiss [doc. 19] is **GRANTED**. The Report and Recommendation [doc. 40] is **ADOPTED** and this matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to substitute [doc. 30] is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers this 6th day of December, 2023.

_____
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**